IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:08CV467 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TOM OSBORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 14.) Plaintiff seeks reconsideration of the court's February 24, 2009 Memorandum and Order and Judgment, which dismissed Petitioner's claims for failure to state a claim upon which relief may be granted. (Filing Nos. 9 and 10.) As set forth in the court's Local Rules, "[a] party may file only one (1) motion for reconsideration of a particular order." NECivR 60.1(d). This is Plaintiff's second request for reconsideration of the court's February 24, 2009 Memorandum and Order and Judgment. (Filing No. 11.) The Motion is consecutive and is not permitted by the court's Local Rules.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 14) is denied.

March 27, 2009.                    BY THE COURT:

                                   s/ Joseph F. Bataillon
                                   Chief United States District Judge