IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:08CV467 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TOM OSBORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Notice of Appeal, filed on July 30, 2009. (Filing No. 21.) Plaintiff filed a separate Notice of Appeal on May 1, 2009, which the court permitted to be proceed. (Filing No. 17.) Thus, the second Notice of Appeal is duplicative and the Clerk of the court need not process it further.

IT IS THEREFORE ORDERED that: the Clerk of the court is directed not to process or take any further action on Plaintiff's Notice of Appeal filed on July 30, 2009.

October 29, 2009.                    BY THE COURT:

                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge